In the Matter of the Claim of ANDREW DELAMER, Respondent, against ROBERT RUBIN, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by a non-insured employer from an award of the State Industrial Board in favor of claimant. The employer was engaged in conducting a livery stable in the borough of Bronx, New York city, and employed claimant as a night man. Claimant received one dollar per night for his services and in addition thereto the employer paid him a certain amount per week for his insurance and permitted him to sleep on the premises. On May 19, 1936, claimant was injured while in the regular course of his employment. The sole question on this appeal is the contention of appellant that claimant's injuries were sustained solely by reason of his intoxication. That issue presented only a question of fact and the finding of the State Industrial Board in claimant's favor is conclusive. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

### (May 11, 1938.)

In the Matter of the Claim of JOHN P. DAUS, Appellant, against GUNDERMAN & SONS, INC., and THE CENTURY INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. Cross-motion for leave to prosecute appeal on typewritten record granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. KLEINGER, Petitioner, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for order directing respondent to produce in court the commutation sheet signed by the Governor in August, 1933, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEONIDAS KOURELAKOS, Appellant, against LENOX ROTTISSERIE-MIKE MICHEL and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of motion to dismiss appeal reserved. Decision of cross-motion permitting appellant to submit on typewritten record reserved pending receipt from appellant of a typewritten record, with a brief referring to such record, showing a meritorious case. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See post, p. 912.]

In the Matter of the Claim of MARY KRESNE, Appellant, against 11 PARK PLACE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for order excusing failure of claimant to serve printed record and permitting claimant to prosecute appeal as a poor person, and that appeal be heard on typewritten copies of record and brief, denied on the ground that from the moving papers it appears there was a question of fact presented. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.